IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARTUS HAWKINS**                                                                                     **PLAINTIFF**

**v.**                            **Case No: 4:19-cv-00752-LPR**

**TIM RYALS,** *et al*.                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Cartus Hawkins's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of January 2020.

                                                                            Lee P. Rudofsky_____
                                                                            UNITED STATES DISTRICT JUDGE